LILLIAN SHERWOOD, PLAINTIFF-PETITIONER, v. MILES SHOES OF TOMS RIVER, INC., DEFENDANT-RESPONDENT.

See same case below: 54 *N. J. Super.* 129.

*Messrs. Novins, Novins & O'Connor* for the petitioner.

*Mr. Irving H. Lewis* and *Mr. George Y. Schoch* for the respondent.

May 11, 1959. Denied. The denial of certification is not to be deemed approval of so much of the opinion of the Appellate Division as would permit defendant to inform the jury of the sum received in settlement. See *Borough of North Plainfield v. Perone,* 29 *N. J.* 507.

JOHN W. CROFT, JR. *ET AL.,* PLAINTIFFS-RESPONDENTS, v. MARY CHRISTINE AMORE *ET AL.,* DEFENDANTS-PETITIONERS.

*Mr. Frank M. Lario* and *Mr. Joseph Pierce Lodge* for the petitioners.

*Mr. W. Louis Bossle* for the respondents.

May 11, 1959. Denied.